UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THE COUNTRY VINTNER OF NORTH )
CAROLINA LLC, )
       Plaintiff, )
            ) **JUDGMENT**
   v. )
            ) No. 5:09-CV-326-BR
E. & J. GALLO WINERY, INC., )
       Defendant. )

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for consideration of plaintiff's motion for partial summary judgment and defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff The Country Vintner of North Carolina LLC's motion for partial summary judgment is DENIED and defendant E. & J. Gallo Winery, Inc.'s motion for summary judgment is GRANTED, and this case is closed.

**IT IS FURTHER ORDERED** that all remaining pending motions filed by plaintiff The Country Vintner of North Carolina LLC are DENIED AS MOOT.

**This judgment filed and entered on October 18, 2010, and served on:**

Justin David Howard (via CM/ECF Notice of Electronic Filing)
Andrew E. Kristianson (via CM/ECF Notice of Electronic Filing)
Lisa M. Sharp (via CM/ECF Notice of Electronic Filing)
Stephen D. Busch (via CM/ECF Notice of Electronic Filing)
M. Keith Kapp (via CM/ECF Notice of Electronic Filing)
Jennifer A. Morgan (via CM/ECF Notice of Electronic Filing)
Jonathan Ryan Bumgarner (via CM/ECF Notice of Electronic Filing)

October 18, 2010                  /s/ Dennis P. Iavarone
                                  Clerk of Court